| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | *jnadolenco@mayerbrown.com* |
| | 333 S. Grand Ave., 47th Floor |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 229-9500 |
| 4 | Facsimile: (213) 625-0248 |
| 5 | ARCHIS A. PARASHARAMI (SBN 321661) |
| | *aparasharami@mayerbrown.com* |
| 6 | 1999 K Street, NW |
| | Washington, DC 20006 |
| 7 | Telephone: (202) 263-3000 |
| 8 | *Attorneys for Defendant* |
| 9 | *PayPal, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASHLEY PILLARD and DESTINY RUCKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No. 5:23-cv-00936-BLF<br><br>Honorable Beth Labson Freeman<br><br>**DEFENDANT PAYPAL, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: March 2, 2023 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the Northern District of California, the undersigned, counsel of record for Defendant PayPal, Inc. ("PayPal"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1. PayPal is a wholly owned subsidiary of PayPal Holdings, Inc., a publicly-traded corporation.

2. There are no publicly-held companies, other than PayPal Holdings, Inc., that own 10% or more of PayPal's stock.

Dated: March 29, 2023

Respectfully submitted,

MAYER BROWN LLP
JOHN NADOLENCO
ARCHIS A. PARASHARAMI

By:  /s/ Archis Parasharami
　　　Archis Parasharami

*Attorneys for Defendant
PayPal, Inc.*