MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000

*Attorneys for Defendant PayPal, Inc.*

SIRI & GLIMSTAD LLP
KYLE MCLEAN (SBN 330580)
*kmclean@sirillp.com*
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 376-3739
Facsimile: (646) 417-5967

MASON BARNEY (*pro hac vice*)
*mbarney@sirillp.com*
STEVEN D. COHEN (*pro hac vice*)
*scohen@sirillp.com*
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY PILLARD and DESTINY RUCKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No. 5:23-cv-00936-BLF<br><br>Honorable Beth Labson Freeman<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: March 2, 2023 |

1  Pursuant to Local Rule 6-1(a), Plaintiffs Ashley Pillard and Destiny Rucker (collectively, "Plaintiffs") and Defendant PayPal, Inc. ("PayPal"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on March 2, 2023;

WHEREAS, PayPal was properly served with the Complaint on March 6, 2023;

WHEREAS, on March 24, 2023, the Parties agreed to extend PayPal's deadline to respond to the Complaint to April 27, 2023 pursuant to Local Rule 6-1(a);

WHEREAS, the Parties are currently engaged in informal discussions regarding Plaintiffs' claims;

WHEREAS, to preserve judicial resources and to avoid both sides incurring potentially unnecessary litigation costs, the Parties have agreed that PayPal shall have until May 30, 2023 to file its response to the Complaint;

WHEREAS, the proposed extension will not prejudice any party or affect any court-imposed deadlines; and

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, that the deadline for PayPal to file its response to the Complaint shall be on or before May 30, 2023.

**IT IS SO STIPULATED.**

Dated: April 19, 2023  Respectfully submitted,

MAYER BROWN LLP
JOHN NADOLENCO
ARCHIS A. PARASHARAMI

By:  */s/ Archis Parasharami*
     Archis Parasharami

*Attorneys for Defendant
PayPal, Inc.*

| | | |
|---|---|---|
| 1 | Dated: April 19, 2023 | SIRI & GLIMSTAD LLP |
| 2 | | KYLE MCLEAN |
| | | MASON BARNEY |
| 3 | | STEVEN D. COHEN |

By:  <u>  */s/ Kyle McLean*  </u>
      Kyle McLean

*Attorneys for Plaintiffs*
*Ashley Pillard and Destiny Rucker*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I, Archis Parasharami, attest that concurrence in the filing of this document has been obtained by all of its signatories.

By: */s/ Archis Parasharami*

Archis Parasharami