**SIRI & GLIMSTAD LLP**
Kyle McLean (SBN 330580)
E: kmclean@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739
Fax: (646) 417-5967

Mason A. Barney (*pro hac vice*)
E: mbarney@sirillp.com
Steven D. Cohen (*pro hac vice*)
E: scohen@sirillp.com
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Fax: (646) 417-5967

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ASHLEY PILLARD and DESTINY RUCKER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>PAYPAL, INC.,<br><br>　　　　　　　　Defendant. | Case No. 5:23-cv-00936-BLF |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant. Defendant has not filed an Answer nor moved for summary judgment. Accordingly, voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Dated: May 15, 2023

/s/ Kyle McLean
**SIRI & GLIMSTAD LLP**
Kyle McLean (SBN 330580)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739
E: kmclean@sirillp.com

Mason A. Barney (*pro hac vice*)
Steven D. Cohen (*pro hac vice*)
745 5th Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: scohen@sirillp.com
E: mbarney@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*

2

NOTICE OF VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: May 15, 2023

                                      */s/ Kyle McLean*
                                      Kyle McLean, Esq.